■

**WILSON, A.**

v.

**TEPLICA, A.**

**2294 EDA 2016**

Superior Court of Pennsylvania.

06/13/2017

No. 08-2468 (Delaware)

Affirmed

■

**COM.**

v.

**VANMATRE, E.**

**2478 EDA 2016**

Superior Court of Pennsylvania.

06/13/2017

CP–45–CR–0000523–2016, (Monroe)

Affirmed

**U.S. BANK N.A.**

v.

**O'MEARA, D.**

**3552 EDA 2016**

Superior Court of Pennsylvania.

06/13/2017

2013–11842–RC

(Chester)

Affirmed

 ■

**COM.**

v.

**TURINSKI, E.**

**818 MDA 2016**

Superior Court of Pennsylvania.

06/13/2017

CP–40–CR–0003065–2014 (Luzerne)

Affirmed

■

**COM.**

v.

**R.A.S.**

**1100 MDA 2016**

Superior Court of Pennsylvania.

06/13/2017

CP–21–CR–0001660–2014 (Cumberland)

Affirmed

**IN RE: A.B. & C.B., Minors,**

**Appeal of: J.B.**

**1435 MDA 2016**

Superior Court of Pennsylvania.

06/13/2017

2016-0005

(Huntingdon)

Vacated/Remanded

